Matter of Attorneys Inviolation of Judiciary Law § 468-a (2024 NY Slip Op 04648)

Matter of Attorneys Inviolation of Judiciary Law § 468-a

2024 NY Slip Op 04648

Decided on September 26, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:September 26, 2024

PM-189-24
[*1]In the Matter of Attorneys Inviolation of Judiciary Law § 468-a.

Calendar Date:September 9, 2024

Before:Clark, J.P., Aarons, Pritzker, Powers and Mackey, JJ.

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) moves pursuant to Rules for Attorney Disciplinary Matters (22 NYCRR) § 1240.9 (a) (5) and Rules of the Appellate Division, Third Department (22 NYCRR) § 806.9 for an order suspending respondent attorneys — all of whom either last listed a registration address within this Judicial Department or were admitted to practice by this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.7 [a] [2]) — upon the ground that they have failed to fulfill their respective attorney registration obligations for at least one biennial registration period (see Judiciary Law § 468-a; Rules of Chief Admr of Cts [22 NYCRR] § 118.1) and remain delinquent in such obligation to date. Respondents were noticed of the application pursuant to the terms of an order to show cause that was marked returnable September 9, 2024 and is supported by affirmation of AGC's counsel with exhibits (see generally Judiciary Law § 90 [6]).
Judiciary Law § 468-a and Rules of the Chief Administrator of the Courts (22 NYCRR) § 118.1 each require that attorneys admitted to practice in New York file a registration statement with the Office of Court Administration (hereinafter OCA) on a biennial basis. This obligation extends to all attorneys admitted in New York, regardless of where they work or reside, and even applies to attorneys who have been suspended or who have retired from the practice of law altogether (see Rules of Chief Admr of Cts [22 NYCRR] § 118.1 [a]-[c], [g]). After an attorney's initial registration upon admission to the bar, the obligation to register is triggered by the attorney's birthdate every other year thereafter, and an attorney has a 30-day grace period following his or her birthdate in which to satisfy the obligation (see Judiciary Law § 468-a [2]; Rules of Chief Admr of Cts [22 NYCRR] § 118.1 [a]-[c]).[FN1] Since the registration requirement applies "for as long as the attorney remains duly admitted to the New York bar" (Rules of Chief Admr of Cts [22 NYCRR] § 118.1 [a]-[c]), it may only be terminated by the attorney's death, disbarment or formal resignation upon order of the Appellate Division (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]).[FN2]
The failure to duly register as an attorney "shall constitute conduct prejudicial to the administration of justice and shall be referred to the appropriate appellate division . . . for disciplinary action" (Judiciary Law § 468-a [5]; see Benjamin v Koeppel, 85 NY2d 549, 556 [1995]; Rules of Chief Admr of Cts [22 NYCRR] § 118.1 [h]). To be sure, the Rules of Professional Conduct explicitly define "conduct that is prejudicial to the administration of justice" as attorney misconduct (Rules of Prof Conduct [22 NYCRR 1200.0] rule 8.4 [d]), and this Court has repeatedly and consistently held that an attorney's failure to comply with his or her registration requirements is professional misconduct warranting [*2]the imposition of discipline (see Matter of Attorneys in Violation of Judiciary Law § 468-a, 220 AD3d 1012, 1013 [3d Dept 2023]; Matter of Attorneys in Violation of Judiciary Law § 468-a, 208 AD3d 1421, 1422 [3d Dept 2022]; Matter of Ryan, 238 AD2d 713, 713-714 [3d Dept 1997]; Matter of Farley, 205 AD2d 874, 874-875 [3d Dept 1994]).
AGC has put forth uncontroverted evidence of respondents' misconduct in the form of documentary proof that each respondent has failed to fulfill his or her attorney registration obligations and remains delinquent in that obligation to date (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.9 [a] [5]). Accordingly, AGC's motion is hereby granted and the respondents listed on the schedule attached hereto are suspended, effective immediately and until further order of this Court (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.16).
Clark, J.P., Aarons, Pritzker, Powers and Mackey, JJ., concur.
ORDERED that the motion of the Attorney Grievance Committee for the Third Judicial Department is granted; and it is further
ORDERED that the respondents listed on the schedule attached hereto are suspended from the practice of law, effective immediately, and until further order of this Court; and it is further
ORDERED that, for the period of suspension, respondents are commanded to desist and refrain from the practice of law in any form in the State of New York, either as a principal or as an agent, clerk or employee of another; and respondents are hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold him- or herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that respondents shall comply with the provisions of the Rules for Attorney Disciplinary Matters regulating the conduct of suspended attorneys and shall duly certify to the same in his or her affidavit of compliance (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.15); and it is further
ORDERED that this Memorandum and Order on Motion shall be deemed served upon respondents by (1) continuous publication on this Court's website, (2) email delivery to "any and all email addresses on file" for each respondent with the Office of Court Administration, and (3) first-class mail delivery to "any and all mailing addresses on file" for each respondent without an email address on file with the Office of Court Administration.

SCHEDULE

NAME

REG ID

AARON, BRYANT KENNETH

4212619

ABDELKADER, ENGY

4171732

ABEEL, TIMOTHY JOHN

2297570

ADAMETZ, ALBERT WOLFGANG

2772952

AGATHIS, WILLIAM THEOPILOS

2177210

AGGARWAL, SACHIN KUMAR

4527818

AGNIHOTRI, BHISHMA K.

2015816

AGRAWAL, NAYAN

5628102

AHN, JUNGMIHN JAMIE

4591962

AHN, KUKHYUN

5285713

AHN, SOOYUN

3028487

ALACHOUZOS, SKEVOS MICHAEL DAVID[*3]

2961514

ALBERS, LARRY VAUGHN

5733324

ALBOWICZ, EDWARD JOSEPH

3933306

ALBRECHT, HANS O R

1889880

ALCOVER CATEURA, RAFAEL

5648779

ALI, MOIZ

4777868

ALI, NAIM MOHAMED

4389540

ALLAN, HARRY A.

1133347

ALLEN, AVRAHAM YITZHAK

5600275

AMICONE, JOSEPH

2871622

ANDERSON, MATTHEW JAMES

4824405

ANDERSON, SHARON MARIE

3046059

ANDRE, BENEDICTE SIMONE

5347406

ANKER, JOSEPH STEVEN

4765475

AO, CHONGMIAO

5591656

AOKI, HIROKI

4306239

ARIS, RAMI A.

5555644

ARNER, BRYAN

4999397

ARSTEIN-KERSLAKE, ANNA CHRISTINA

4976718

ASERON, ADAM CIRILO

4492468

ATWOOD, LAUREN ASHLEY

4781894

BAE, JUNEKWANG

4237004

BAGG, JONATHAN PARSONS JR

4335238

BAI, SHUJUN

5734629

BAI, XUE

4309449

BALABANIAN, DAVID MARK

4303327

BALLIRO, JULIANE

5222377

BALTER, MOSHE

2217073

BAN, ERIKA LOTHLORIAN

4711172

BANOVIC, DANIEL MAREK

1195791

BARBAGALLO, KRISTIN SIROTA

4965398

BARHOUSH, MOHAMMAD ABDALLAH

5647177

BARLOW, KATIE LEE

5365911

BARRY, JENNY REBECCA

5237706

BARSHTER, NANCY ELLEN

2189074

BASON, TAMLIN HOLLIS

4830147

BAYARSAIKHAN, SOLONGOO

5433701

BAYAZITOGLU, AHMET SITKI

4798716

BEAN, LUKE CHRISTIAN

5144613

BEAUDIN, KEVIN FRANCIS

2243178

BECZ, HELEN

5369830

BELISLE, ALLAN JOHN

2450708

BELL, CHRISTOPH WOLFGANG

2928133

BERNARD, LOU MARIE FAUSTINE

5636972

BERNSTEIN, ZACHARY THOMAS

5369285

BERREBBI, SAMUEL SIMON

5464854

BEVERLY, ALAINA CAROL

4067054

BIANCHI, ANGELO R.

1872068

BICKEL, JOHN WILLIAM II

2293165

BIDNY, LEONARD LEONARD

4389961

BIGAND, LUTECE

5622915

BLACK, ALAN JAY

5538152

BLACK, GEORGE AARON

4504486

BLACKMON, PHILLIP REEVES JR

4196630

BLANCHARD, LARICKE DECARRON

2945699

BLOOM, ERIN REBECCA

5605860

BLUMBERG, DAVID SAUL

2615128

BLUM-YIHIE, VERED

4259677

BOCOUR, NICOLA

5061700

BOGEN, TIMOTHY MILTON

4284352

BONANCA DE MATTAMOUROS RESENDE, JOAO BERNARDO

5273206

BONNYMAN, LAUREL RAMSEY BERNICK

5449715

BOOTHROYD, EMILY SUSAN

4788451

BORLAND, HAROLD AZEEZE

4476883

BOTTA, FEDERICO

4086500

BOWMAN, KIRSTEN TIFFANY

4493813

BOYLE, CONOR BRENDAN

4577722

BRADLEY, PHILLIP ALDEN

4725073

BRADSHAW, JENNIFER LEIGH

3064433

BRENNER, CHRISTOPHER KARL

2911725

BRESELOR, FRANKLIN

1587203

BRETT, KYLE ALEXANDER

5363601

BRODERICK, ELYSSA KAY

4624219

BROOKS, AURIELLE FRANCHE

5696943

BROWN, DAMON AKHI

5033998

BUNGE, AINO MAJA

4159604

BURGESS, DAVID JOSEPH

4864625

BURNHAM, BENJAMIN ALEXANDER

5066501

BUTLER, JOHN EMERSON

2181675

BYALIN, JOAN T.

1924026

BYRNE, RONI

4256806

BYUN, JINSUK

3996816

CAHILL, DANIEL JUSTIN

1769587

CAI, PING

4506697

CAI, XIAOLEI

4707410

CALDWELL, ALISON MARY

4155859

CALLAHAN, DANIEL JOSEPH JR.

5080775

CAMPBELL, KEVIN GERARD

2738268

CARDI, MARTHA JO

5131016

CARLSON, SCOTT LEONARD

4742276

CARNEY, JACQUELINE ANN

2598670

CARRIER, REBECCA LYNN

4796108

CASAMENTO, PATRICIA SULLIVAN

4248647

CAVIN, CHRISTOPHE PASCAL

5523881

CHAI, JUNGWOO

4486288

CHAN, [*4]HSIAO-WEN

4706719

CHANG, TA-TUNG JACOB

2405421

CHAO, JENNY JING

4709614

CHAPMAN, JESSICA EVONNE

5281480

CHASE, ANDREW GREELEY

4883138

CHASLOT, ARTHUR FRANCOIS GASPARD ANDRE

5460936

CHAYT, JULIE INA

2925212

CHEN, KEN

5282785

CHEN, KEYI

5610621

CHEN, QIAOZHU

4872008

CHEN, QIN

5721469

CHEN, RUOLAN

5524566

CHEN, YIJIA

5289632

CHEN, YIXING

4603973

CHENG, BIN

4090833

CHENG, MONTANNA MIN TING

5266127

CHENG, SHANG

5647284

CHIANG, YU JU

5650437

CHIENKU, JOICE TCHOUDJA

4831137

CHIK, WARREN BARTHOLOMEW KAM WAI

4080982

CHO, HYUN BIN

4489530

CHO, YONGHWAN

3980950

CHOI, ALLEN

5055348

CHU, JOELLE AMY

4956462

CHUNG, JIN HONG

2572337

CHUNG, SUNGHAE

4237525

CIRELLI, ERIN BURKE

2772960

CITRO, YAEL MIRIAM

4653101

CLARK, DAVID MICHAEL

4029179

CLARK, DONALD H. JR

1978261

CLARK, THOMAS ALVADORE

4963849

CLARKE, RACHEL

4961538

CLAUS, JOHANNES STEPHANUS ADRIANUS III

4285060

CLEMENS, CYNTHIA J.

1147446

CO, DANIEL BATIQUIN

2119626

COLLIER, NICOLE ELIZABETH

5648712

COMPAGNO, LISA ANN

4109377

CONNORS, CAITLIN SUSAN

4824728

CONRAD, FRANCIS G.

1496298

CONVISSER, CLAUDE DAVID

4330775

COOPER, STEPHANIE MARTINA

5598123

COPP, ALEXANDER

5308531

CORCORAN, GREGORY JAMES

5180955

COSTA, JOHN GEORGE

2392900

COTLER, ROBIN

2320232

COTNER, JAMES RYAN

4618757

COWGILL, COLLEEN MARY

5401294

COXETER, SUSAN J.

1830082

CROCE, PAUL LARRY

4713129

CSENTERICS, ANNAMARIA

4521902

CUCE, NICHOLAS ANTHONY JR.

5290796

CULLEN, JAMES P.

4721080

CURTAS, JOHN ANTHONY

2329464

DAI, ANDI

5494877

DALLAL, REFAEL

4367686

DAMANTE, RAYMOND PETER

1279629

DANIELS, RICHARD LAWRENCE

2488914

DANON, TALIA GAYLE

5348958

DARLING, JENNIFER REBECCA

4392817

DARRAS, VINCENT

5163803

DART, KYLE JASON

4760062

DAS, SHARMILI POONAM

4631271

DAULL, CANDICE ELODIE

5708623

DAVIDOFF, MERRILL GENE

2150183

DAVIDOW, JOEL

1752948

DAVIDSON, NATALIE ROSE

4147690

DAVIS, JORDON SETH

2849909

DAVIS, TYI NE COLE

2671188

DAYNARD, MATTHEW

1559624

DE ABREU LEWANDOWSKI, ENRIQUE

5371265

DE CARDENAS, JORGE BRAULIO

5525860

DE LA MARE, WILLIAM TIMOTHY JOHN

4594495

DEAN, MATTHEW DUANE

4431912

DEARBORN, JOHN EMERY JR.

4948345

DEBIAK, MONICA LYNN

4138434

DECAMPO, JOSEPH OWEN

5070701

DEEVY, CHRISTOPHER BRIAN

5602958

DEFELICE, JOHN JOSEPH

5449178

DELMAS, MATTHIEU

4150272

DEMARCO, JUDI ANGELA

2908192

DEMARINIS, XAN KAITLIN

4216875

DEMBLING, ADAM SCOTT

5307327

DENG, XIAOMING

5634373

DESANTIS, EUGENE D.

1486877

DIAMOND, HEATHER SUZANNE

4237434

DIAZ, BRENDA CHRISTINE

4507554

DICECCO, DANIEL PRATT

5086798

DIESO, JOSEPH

2142800

DIGGS, KARMENA JASMOND

5431317

DIPAOLA, KENNETH P.

3034329

DIROCCO, DOMINICK

3972445

DIXSON, FRANCIS ROGERS III

5635479

DOBEL, SHANNON CAROLINE

5618376

D'OCAGNE, MARIE ASTRID

5479431

DOMINIS, DORI

2967693

DOOLEY, THOMAS JOSEPH

5106653

DORAN, CATHAL

4870952

DOWE[*5], ERYNNE BIANCA

4276820

DRAISIN, STEPHEN J.

1848555

DU BOFF, REBECCA AUERBACH

4473187

DUBOW, DAVID ALAN

1539006

DUDON, MARJORIE

4958856

DUFFY, GREGORY PETER

4296232

DURRETT, JOSEPH BRANTLEY III

5158548

DYRO, JOHN PAUL

4093027

EARLEY, RICHARD PATRICK

3002458

EBATO, SHINSUKE

5562509

EDEL, CAMILLE MARIE VALENTINE

5631213

EDWARDS, KEITH WILLIAM TRENT

4952974

EDWARDS, MARK ALEXANDER

2779890

EGAN, KIMBERLY KATHERINE

2870574

EISENBERG, KAREN BELL

2421659

EKPO, INEMESIT JOY

5595863

EL HASSAR, DOUNIA

5623293

EL KOURY, GINA BETH

4134987

ELLIS, MICHEL BYRD

2545069

EMOND, GREGORY DANIEL

5166244

EPIFANOVA, GALINA MIKHAILOVNA

5483763

ERICKSON, JON FORREST

5455241

EROL, CAROLINE ANNE-VIRGINIE

5021183

ESKANDARI, ALAN BEHRUZ

4568457

ESKENAZI, VIRGINIE

5609540

FABRIKANT, ANN

4558193

FATTORUSSO, LESLIE ANNE

2692374

FEATHERS, LORI ANN

2638138

FEIN, HENRY

2466423

FEIRSTEIN, RICHARD PHILIP

1491273

FELDMAN, DAVID SCOTT

5029871

FELDMAN, MICHAEL WILLIAM

4858403

FELDMAN, TODD MICHAEL

5528898

FELIZ, JORGE JOSE

5381306

FENG, GUANGYAN

5732797

FERRER DE SANJOSE, MONTSERRAT

4787255

FEY, ZACHARY ROBERT

5266325

FIEST, ANDREA CRAMER

2339653

FILLMAN, SAMUEL JOHN

5406970

FINKELSTEIN, MICHAEL

1719152

FINN PHILLIPS, NIGEL JAMES

5685789

FLORES PAGAN, ERNESTO

2219947

FOURGASSIE, AUDE

5546361

FRANKLIN, MARLENE ANN

2334407

FREEMAN, LISBETH ANN

4773099

FREILICHER, HARLAN ADAM

4135547

FRICK, JOACHIM GERHARD

2921187

FRISHMAN, ITAY

4022562

FULTS, JANA LEIGH

4753992

FUNK, JASON RICHARD

4217592

FURMANEK, CYNTHIA ELAINE

5592613

GABRY, LEORA IDA

5184155

GALL, GARY TIBOR

2437887

GALLIN, EMILY TAMARA

5634894

GAN, YONG

5079660

GANJU, RITIKA

4867420

GAO, WEN CHAO

5387691

GAO, YANG

5606157

GAO, ZHENG

5073150

GARCES, SANTIAGO ALEJANDRO

5605050

GARCIA HOLTZ, JUAN P.

4478327

GARLICKA, ZOFIA ANNA

4066767

GARROUSTE, MYLENE AURORE SALOME

5641428

GEISS, KAREN

1757301

GERB, ELDAD

5204003

GERB, JACOB

4612586

GETER-HOLUBAR, JENNIFER TARA

2675767

GIANETTI, CRAIG M

4302634

GIFFORD, ROBERT WESLEY

4046231

GILBREATH, WESLEY BLAKE

4428330

GILDEN, GREGG ALAN

2868677

GINDIN, PETER JACOB

2297042

GIZZI, JAMES FRANCIS

2150712

GLASS, LYNNE MAY

2489284

GOLDMAN, JESSICA DIANE

5027842

GOLDMAN, RICHARD JAMES

1652767

GOLDSAMT, BONNIE BLUME

2344810

GOLUBKO, TATIANA MIKHAILOVNA

4825824

GONZALEZ, ELSIE

5505466

GOODMAN, ADAM SCOTT

5238563

GORMAN, SCOTT ANDREW

4511028

GOROVE, KATHERINE MARIE

2148344

GOTTLIEB, CONOR CHARLES

5610761

GRAENING, PAIGE LOUISE

4404281

GRAVES, WILLIAM EARL JR

2541316

GRAY, NATHANIEL CLINTON

5227384

GRAYSON, TIMOTHY HANNON

5231485

GREER, ALAN G.

1892686

GREGORY, RENEE JACQUELINE

5540240

GROSS, MELANIE BELMAN

2573426

GUENTHER, ROBERT STEWART

2511160

GUERRA, CATHERINE

1685064

GUI, SIYU

5558119

GUIBERSON, SAMUEL ALLEN[*6]

5292339

GUIM, YUEL

5393756

GUINEE, JAMES EDWARD

4368155

GUO, CHANG

5615729

GUO, JIA

3929247

GUO, JINGQIANG CHARLES

5682588

GUTHRIE, NANCY FELTON

2293298

HA, JIWON

4503413

HA, MINKYUNG

5056791

HAASE, DENNIS MICHAEL

2927788

HAIDERMOTA, KHOZEM A.

2338275

HALLGRIMDOTTIR, KATRIN HELGA

4436044

HALVORSON, MARK J

4206405

HAMADA, NAOKI

5121850

HAMIDA, SAMI

5522305

HAMILTON, JOHN S.

1024058

HAN, KICHOON

3895562

HAN, WEI

5637186

HAN, YOON KYUNG

4062162

HAN, YUE

5473533

HARPER, JESSE SEONGWON

4901104

HARRINGTON, JOHN HERBERT

2855823

HARRIS, HAROLD STEPHEN

4229779

HART, DONNA M.

2779536

HART, KATHLEEN ANN

2504496

HAUBOLD, SAMUEL ALLEN

2368405

HAUGHT, ANNAMARIE

2703338

HE, JIAQING

4721783

HE, JIAWEI

5466453

HEMPEY, DANIEL GUY

5273776

HENGBOONYAPHAN, PANATDA

4927406

HERBERT-RAMSUBICK, TIFFANY

5551726

HERKENHOFF VIEIRA DE ALMEIDA, LUISA

5634209

HERRBACH, NICOLAS MAXENCE TANGUY

5549167

HERSCOTT, JEFFREY S.

5500137

HERSHENSON, THOMAS JOSHUA

4254637

HILL, DONALD BRUCE II

2111433

HIMMEL, LYLE HOWARD

2723435

HIRES, BEVERLY B

4303038

HIRIGOYEN, IGNACIO ALDO

5575345

HONDA, NAOMI

5318639

HONG, CHANGSIK

4056206

HONG, SUNGKEE

3967155

HOPKINS, DAVID B.

1757632

HORN, ARTHUR S.

1903178

HORN, LINDA C.

2035905

HOUSTON, MICHELLE MARGARET

4518528

HSU, FONG

4988416

HSU, LE-CHIA

5643028

HU, YIZHOU

4934204

HU, ZHUOZHI

5215744

HUANG, BIJUN

4819587

HUANG, JUE

5634860

HUANG, SHUN YU

5710090

HUANG, XIAO YU

4382313

HUANG, YUE

5409032

HUERTAS, CHLOE MARIE

5452545

HUFF, STEVEN S.

2133338

HUFNAGEL, LEA

5520853

HUGHES, HEATHER MARIE

4056933

HULL, ADAM CLARK

4584348

HURLEY, KATHERINE ELIZABETH

5147616

HUSSOCK, JANICE A.

1768977

HUTCHINSON, CYNTHIA SHARRON

1621275

HUTCHINSON, JUSTIN THOMAS

4709762

HYMOWITZ, SARAH SHAVER

4653523

INYANG, IDONGESIT UMOH

3026549

IOANNOU, ANGELINE NICOLE

5277629

IVERSEN, HOLGER

2527752

IYAMU, IVIE ENUWAMHANGBE

5600036

JACOBSEN, STEFFEN GOTTLIEB

4791315

JAIS, SARAH

5168265

JAMES, MATTHEW BENJAMIN

5424882

JANG, BONGGUL

5327275

JANG, SUNGDOO

5720073

JANOVE, JATHAN WILLIAM

4267837

JANSEN, LINDSAY THERESE

5142583

JARVIS, LORI ELLIOTT

5276969

JASWAL, NAVNEET KAUR

5474242

JHA, NEMIKA

4812749

JIANG, JIADAO

5456132

JIANG, JIEHUA

5567250

JIANG, XIN

5130844

JIMENEZ, JORGE ARANA

3064995

JIN, LAN

5578893

JIN, ZHEN

5662408

JOB, NOEMIE NATHALIE

5418850

JOHNSON, ERIC LELAND

4636163

JOHNSON, MAUREEN WROBBEL

2320851

JONES, MATTHEW FARLEY

3929700

JOO, SANG YONG

4976676

JUNG, DAEJIN

2968840

JURYNEC, GEORGE JEREMY

4317251

KALINOSKI, ALAN DAVID

5632120

KANDIL, ANGIE M.

5231832

KANG, JAE PIL

5651302

KARAKOYLU, BENGI SU

5420948

KARP, SUSAN CLAIRE

2896850

KASSEM, NABIL NADIM

2707453

KASTER, PAUL A.

4561965

KATZENSTEIN, ANDREW MICHAEL

2376614

KAYS, SHEPARD [*7]KELSEY JR.

5666714

KE, MIN

4324265

KEEFE, JAMES F.

1863513

KEIGHERY, KAITLIN

5051891

KELLY, ALAN BRETT

2185726

KELLY, CHRISTOPHER RAYMOND

4813978

KELLY, PAUL STEPHEN

4622684

KELLY, SHANNON MARIE

5571005

KELLY, SHEILA

5563150

KEMPFF GONZALEZ, MARIO ALEJANDRO

5152715

KENDALL, EMILY CHRISTINE

5060983

KENNY, GEORGE JAMES

1862358

KENSAH, BOBBY JAMES

5615554

KEON, RYAN LAWRENCE

2917011

KERTZMAN, DEBRA J.

2036929

KESKEY, MICHAEL PAUL

5506928

KESTELIK, ROBERT JAMES

2915486

KETTLE, KATHRYN CARROLL

4853545

KHALILZADEH-SCHABESTARI, RASSUL EMIL

4518510

KHAN, ISMAEL GARCES JR

2076214

KHATRI, VAISHALI

5556501

KHURANA, ANJLEE

5522693

KIM, BIO

5393764

KIM, CHAEHO

4707147

KIM, CHRISTOPHER

5328158

KIM, CHUL

4215901

KIM, DAVID S.

4493698

KIM, HEEKYOON

4080842

KIM, JAEHYUN

4747994

KIM, JEYUN

4351284

KIM, JI PYOUNG

5276068

KIM, KYUNGSEOK

4200333

KIM, MYEONKI

5448709

KIM, PETER EUGENE

5049762

KIM, SEJONG

4713103

KIM, SEOYOUNG

5648761

KIM, SUNGHO

4523932

KIM, TAIHYUNG

5263348

KIM, YANGSIL

4672747

KING, GWEN NOLAN

5029699

KIRTON, JENNIFER WAI-CEE

5006937

KITT, JENNIFER RIEDEL

2722460

KLEIMAN, AIMEE JEANNETTE

5619135

KLEIN, MARK BRUCE

2179364

KLEMP, MAI-BRITT

4673380

KLIMOVA, ANNA VYACHESLAVOVNA

5232442

KNIGHT, FREDERICK THURSTON

2620987

KNOBEL, OREN

4133799

KOBAYASHI, MOEKO

5607965

KOCZAJA, JOSEPH S.

1895317

KOENIG, JOSHUA NOAH

1603851

KOHEGYI, DAVID

4837464

KOO, BRIAN BYUNGSOO

4378865

KORNFELD, GARY LLOYD

2490431

KORTA, JASON EDWARD

5158696

KRESSENBERG, JOHN MARK

5165949

KRULYTE, GRETA

5437876

KUO, YI CHEN

5159033

KURTH, THOMAS

2337509

KURZEJA, PAUL E.

2911261

KUZMIK, ANNA MARIA

2653715

LAI, YEN-FU

5137351

LAI, YULONG

5646146

LAIDLAW, GEORGE ROSS

2818664

LAKE, MERRITT DAVID JOSIAH

4351847

LALOR, RACHEL

4947792

LALWANI, PARAS MANOHAR

5289335

LAMB, ERIK ALEJANDRO

4720215

LAMCHICK, LINDSEY HIRSCHFELD

5039730

LAN, YAN

5285044

LAPLAUD, LISE MARGAUX

5714498

LAPTOOK, KENNETH N.

1787308

LASCELLE, MATTHEW

4824462

LEE, DAVID BOKSUNG

5627922

LEE, DONGHYUN

5570684

LEE, HSIN I

5066972

LEE, HYUN SHU

4788048

LEE, HYUNG SUK

4213328

LEE, JACQUELINE MIKYOUNG

4956546

LEE, JINAH

5347125

LEE, JOY RAINNY

4025367

LEE, JUNE YONG

5243985

LEE, JUNGSOO

5101589

LEE, KATHERINE PAI-YU

5174958

LEE, KYOUNG HOON

4977187

LEE, SANG JIN

4585287

LEE, SEULGEE SYLVIE

5267158

LEE, SEUNG JOO

5702519

LEE, SOO WAN

2774206

LEE, YONG WOOK

3976339

LEE, YOUNG MIN

5430244

LEE, YOUNG-AH

4876819

LEE, YUN-CHEN

5689849

LEETMA, IVAR E.

1969294

LEI, BO

5563937

LENHARDT, ROBIN ANN

2839371

LEONARD, ODILE MARIE

5503560

LERNER, GAYLE

1700673

LEVENE, LOUIS SCHREIBER

1194307

LEVY, CAMILLE

5533286

LI, ANGELA YE LIN

5294467

LI, CHUNBEI

5464516

LI, DONGQI

5745427

LI, MENG

5180138

[*8]LI, MIN

5052634

LI, YI

5673041

LI, ZHE

5648308

LI, ZHENRAO

5732805

LIM, EDEN LEE

4033114

LIM, FRANCISCO EDRALIN

2193845

LIM, JI MIN

5626924

LIN, YEN-HUNG

5724588

LIN, YIFAN

5477260

LIN, YIYAN

5600465

LINDQUIST, TODD LAWRENCE

5749569

LISTWA, DANIEL ERIC

4864344

LITTLE, JAMES DAVID JR.

1139385

LIU, CHENCHEN

5633607

LIU, DI

5079900

LIU, HANQING

5729108

LIU, JUN

5264668

LIU, JUNYA

4965158

LIU, LINGYI

5247853

LIU, QIONG

5522834

LIU, XIAOXI

5701552

LIU, YAN

4710992

LIU, YANG

5429071

LIU, YANGLU

5711742

LONCLE DUDA, LUCIE

5631866

LONG, BRONWYN MARY

4735882

LOPEZ DE ROMANA, IGNACIO CARLOS GUILLERMO PABLO

4083648

LOUKASS, ELEANOR ANNE

4235636

LU, CHUAN

4446035

LU, YIZHOU

5743208

LUNDSTEN, WILLIAM R.

2088789

LUO, JUAN

5708748

LYDON, DEIRDRE KIRBY

5552435

LYU, HAO

5424908

MA, JUN

4058855

MA, YUHONG

5554027

MACALUSO, PETER MICHAEL

4090098

MACDONALD-AGNEW, DEBORAH MARGARET

2979185

MADSEN, LOUISE WICHMANN

5650106

MAESTAS, TANIA

5734439

MAGEE, DAMIEN PATRICK

4319695

MALFAIT, GERALDINE

4881835

MALYSHEV, VASILY

5341847

MANINO, CATHERINE ANN

4582466

MANNING, CHARLES PATRICK

2890879

MANOSALVA CASTANEDA, ANDRES MAURICIO

5242649

MAO, WEIWEI

5608781

MARCUS, RUTH ALLYN

2068385

MARRON, KATHLEEN ANN

4223988

MARTINEZ-CORRES, RITA MARIA LUISA

3036407

MASS, ARIANA STEPHANIE

2981231

MASSIAH, JOANNE MAUREEN

2981892

MATHA, KEVIN THOMAS

5127071

MATSUDA, AKIRA

5725106

MATSUNAGA, AKIRA

2559573

MATTHEWS, OWEN DAVID

4439899

MATTINA, ROBERT EUGENE

5616032

MATTINGLY, DAVID THOMAS ANTHONY

4623492

MAURER, MARK ALAN

2059525

MAZZOUCCOLO, KATHLEEN ANN

2527034

MBU, BEVERLEY

5466958

MCCARTHY, JANE MARGARET

4749628

MCCARTHY, KATHLEEN ELIZABETH

5481759

MCCARTHY, RYAN PATRICK

5089867

MCCORMICK, SETH BARROW

5336235

MCCOY, JOSEPH QUENTIN

5638663

MCDONOUGH, LEE ANNE

2642114

MCDOUGALL, ROBERT DONALD

1196872

MCELDREW, JAMES JOSEPH III

2569432

MCERLANE, CAITLIN ELIZABETH ROSE

4944757

MCGOWAN, TERRANCE PATRICK

4437158

MCKENNA, ELIZABETH ROSE

4856829

MCLAUGHLIN, SEAN PATRICK

2454288

MCNEILL, DUNCAN ROBERT

4505764

MCQUILKIN, SEAN FRANCIS

4955688

MEA, CORENTIN

5734280

MEDELLIN, MARCO ANTONIO JR.

5740204

MEILLEREUX, JULIEN REMI

4725529

MEISNER, MATTHEW DAVID

2769370

MELLY, JOHN GREGORY JR.

5089131

MENDENHALL, NATHAN LANDON

5051099

MENDES MAURER, JIULIANO

5175799

MENG, QIAN

4834388

MENSAH, PAUL TONYO

4019048

MERSHON, RANDOLPH EARLEY III

5461181

MICHAIL, IOANNA

5631882

MICK, ALICE JO

2370104

MIDDLEMAS, RYAN TIMOTHY

5570254

MIELKE, SARAH ELIZABETH

5236575

MILIAN, JESUS JAVIER

5348099

MILJIKER, MARIA EVA

4345138

MILNER, JEAN ANNE

2727881

MIMS, APRIL LAETITIA

4667069

MOBERLY, MARLENE

2842656

MOCHO MOURA, BERNARDO

5616651

MOON, JAEHO

4538518

MOON, JAEWAN

3934866

MOR, IFAT

4078630

MORGAN[*9], ERIC J.

5749536

MORRIS, MARK D.

2301596

MORROW, STANLEY L.

2665008

MORTON, KELLIE MARISSA

4534624

MU, XIAOZHOU

5523949

MULLALLY, KATHE FLINKER

5513668

MUNOZ, SERGIO EDUARDO

4821856

MURAI, YUTAKA

2772226

MUTIS, CAMILO

5573498

NA, KYUNG-SOO

4443107

NAGAYETS, IRYNA MYKOLAIVNA

3000148

NAJERA OBANDO, DAVID

5663067

NAWEED, MAHAM

5617782

NDOPING, JUDITH NGUM

4677316

NEBASHI, HIROYUKI

5610183

NEEDHAM, JUDITH

1512078

NEILL, ROBERT HAMILTON JR.

4533543

NELSON, AMY ELIZABETH

4078580

NELSON, RONALD JAMES

2289395

NESKOVIC, GORANA

4787990

NGUYEN, DAVY VAN HANH

5328091

NICHOLAS, ELIZABETH SUZANNE

2950434

NIEBRUEGGE, ALEX MICHAEL

4819140

NIEMKIEWICZ, MICHAL JACEK

4640355

NOLAN, MICHAEL T.

5417779

NORMILE, JOHN ROBERT JR.

1574169

NORTHROP, ELIZA JANE

5606843

NSOFOR, MUNACHIM OLISA

4529327

NTIRI, VIVIAN ABENA

5632088

O CIARAIN, RUADHAN CIARAN

5161120

O'BRIEN, ELIZABETH MARY

2697027

OCKO, PETER DANIEL

3015658

O'CONNOR, EDWARD JOSEPH

5240130

OFORI, GLORIA

4585089

O'GRADY, CIARA

5538210

OH, JUNG HYUN

4734901

OH, SUNG EUN EUN

5395322

OHIRA, YUSUKE

5631676

OLIN, MARSHAL JONATHAN

4201877

O'NEIL, PETER STOKES

5028949

OPPENHEIMER, MICHAEL SCOTT

4765715

OR, SIN YEE CYNTHIA

5447982

O'REILLY, REBECCA D'ARCY

4290839

ORIA, ELIYA ESTER

4226296

ORMAND, RUEANN

2704526

O'ROURKE, FERGAL CAOMHOG

5292057

ORSECK, DONALD

1503754

O'SHAUGHNESSY, JOHN A.

1748607

O'SHEA, JOHANNA XENIA

4836433

OTERO, JOSEAN R

5701792

OWENS, THERESA MARIE

4277943

OWONO-NDI, RACHEL CYNTHIA

5710116

OZAWA, YUKAKO

5507744

OZDURAL, SANEM

4415543

PAGE, THOMPSON GOULD

2551885

PAK-HALAMISH, JULIA

4326690

PALANSKY, CORY MICHAEL

4053054

PALMER, RYAN LEE

4392155

PAN, XIAOTING

5022272

PANDEY, SAMIKSHA

4340949

PARINOV, KIRILL YURIEVICH

2782423

PARK, SUNG BOM

4216610

PARKER, HAROLD HOLT

2981249

PARTIDA, JUAN CARLOS

4341244

PASCUAL, MITCHELL LEANDRO

2883064

PASSY, ANNE MARIE

4754321

PATTERSON, TUARANNA RENEE

4043733

PEALER, CASIUS HENRY

4375697

PENAGARICANO, GABRIEL I.

1729532

PERERA, SARA ALICE

4989638

PEREZ-MALTES, JOSEPH A.

4165106

PERLAS, PRECIOSO REYES

2189942

PERLSTEIN, BARRY DAVID

2407740

PERRIELLO, THOMAS STUART PRICE

4308284

PETRO, JOSEPH ANTHONY

5162953

PETRONE, MARIA ANGELINA

4254702

PETRORO, JILL CAROL

2915759

PEZZULO, JACOB DANIEL

5625298

PHILIPS, MICHAEL RICHARD

5441621

PHILLIPS, THELMA CHERIE

4736427

PIPER, JOSEPH BRANDON

5231626

PITTARD, SARAH KATHLEEN

4401865

POHL, SCOTT JEREMY

4124392

POLANCO, CARLOS MANUEL III

5060611

PONTET, EDOUARD JEAN

2871523

POPOV, STOYAN D.

4391306

POULAKOU, IOANNA

5282686

PRATT, SEAN JORDAN

5006366

PREVOST, JEAN VICTOR AUCLAIR

2196038

PRICE, MARTIN ALEXANDER

3959582

PRIETO, IVONNE

2555662

PRITCHARD, REBEKAH LYNN

5727672

PRITCHARD, SIMON ROBERT

4146296

PROCACCINI, FRANCESCA LINA

5458575[*10]

QIAO, HAO

5610639

QUARLES, STEVEN PRINCETON

1682798

QUINN, CHARLES

2365203

RADIN, STEVEN S.

1933860

RAFIQ, FAROOQ MOHAMMED

5457593

RAJA, JAVERIAH SAJID

5736806

REGINA, JOHN FRANCIS

5164694

REIS, VERONICA RAMOS

5625330

REMMER, HENRY JACOB

2119287

REN, ZHEN

5283395

RETIF, LUCIE

5477146

REYNOLDS, WILLIAM HERBERT

2453652

RHOADES, JULIE LYNN

4346946

RIBEIRO, DIOGO

5106414

RICHARDS, LENKA LETICIA

4514683

RICHARDSON, ADAM CARROLL

4420543

RIGHI, ALAN JOHN

4599585

RISPIN SEDLAK, SARAH CATHERINE

4432100

RITCHIE, AMY DANIELLE

4988341

RIZIO, RAYMOND

2078822

ROBBINS, MICHAEL DAVID

5383450

ROBISON, KRISTEN ELIZABETH

4903746

RODRIGUES CALDAS FERES, FELIPE

5029343

RODRIGUEZ, GABRIELA MARIA

5461348

RODRIGUEZ, RALPH M.

5646617

RODRIGUEZ, VICTOR MANUEL

5034624

RONG, HONGCHENG

5633789

ROSADO, RAFAEL ENRIQUE

3065349

ROSE, HERSCHEL PAUL

5648183

ROSENBLOOM, DENA

5280821

ROSENBLUTH, LEWIS ROBERT

1123694

ROSENTHAL, DAVID SAMUEL

2756153

ROSS, NORMAN C.

1763986

ROTH, DAVID KINSMAN

4579017

RUBIN, BETH LISA

2053676

RUBIN, DANIELLE PORTIA

4856910

RUMANO, EDI

5371513

RUPINSKI, KATHLEEN CONOLLY

2371292

RUSS, SCOTT MICHAEL

5143326

RUTLEDGE, SIGELE DAWN

3935103

RYOO, KWANG HYUN

4125514

SA, ROBERTA SOUZA

4943411

SABNANI, JANISHA SHAM

5046818

SAKSENA, RAHUL

4819751

SALADIN, CLAUDIA LOIS

2683076

SANG, ZHE

5256391

SCHNEIDER, ARIEL DAVID

4581013

SCHNEIDER, JENNIFER MARJORIE

2578821

SCHONBERG, MICHAEL ECUYER

4415519

SCHUBERT, PAUL RANDALL

2115459

SCHULL, LISA MARIE

2889558

SCHULMAN, NANCY LOUISE

2527968

SCOPELLITI, RYAN MATTHEW

5756804

SEMERNINE, ALEXANDER V

4217154

SEO, DAEMIN

5364674

SERGEANT, AVON LEE

4037941

SHAFAIE, AMIR

4437679

SHAH, EESHA S.

5121280

SHAHINIAN, NATALIE SIROUHI

4075784

SHANDAL, VINAY

4310215

SHAPIRO, BRUCE LAWRENCE

1833664

SHARKEY, BRIAN PATRICK

3927407

SHEEHAN, THOMAS MARK

4608832

SHEEHY, BARBARA ANN

4065918

SHEELEIGH, ELIZABETH ANNE

5506506

SHEETO, SARAH ANN

2525616

SHELOWITZ, MARC ALLEN

2691541

SHEMANSKI, DONALD RICHARD

2126449

SHEN, MUYAO

5644901

SHEN, SONG

5610050

SHENCOPP, ERIN LIND

4199477

SHEPPARD-SINGH, AVTAR KAUR

4852638

SHI, RUI

5440060

SHIFFMAN, JOHN PETER

2843787

SHIH, RYAN JIUN-HUEI

4217097

SHIMANUKI, MASAO

4992293

SHIN, ELIZABETH JEONG-AH

5359013

SHIN, NA NA CHUNG

4077434

SHIPOWICK, MARK EDWARD

5267299

SHRIVER, ELIZABETH REID

2832459

SHU, JINXU

5480421

SHU, WEN

5737176

SICA, ANTHONY ROGER

2894079

SILVA, CATALINA

5232673

SIMMONS, CHARLES RENEE GERARD

5278387

SIMON, CLAUDIA KATHERINA

5552609

SIMONYAN, ANDREY

5323969

SIMOYAN, OLATUNDE OLAMIDE

4776738

SKUSTER, PATRICIA ANN

4336723

SLAVITT, RICHARD L.

1796622

SMITH, ADINNA AUGUR

4982625

SMITH, BRIANNE MARISA

4352811

SMURO, MATTHEW ANTHONY

4141701

SO, SIN YING SUSIE

5670773

SOBLE, STEPHEN M.

2254712

SOIVILIEN[*11], NICHOLAS A.

4952438

SOKOLOVE, JAMES GERALD

2426880

SOLOP, ELLIOT STEVEN

5169008

SON, SUNGHUN

5305743

SONG, CI

4867925

SONG, NICHOLAS EU KWAN

3056637

SONODA, TAKUYA

5721733

SOSA, ALLISON KOHN

4959516

SPIEL, TIMOTHY ROBERT

4452975

STADULIS, LAWRENCE PATRICK

2321487

STALNAKER, JESSE DAVID

4486080

STECHER, MATTHEW CHRISTIAN

4393823

STENDIG, EMMA CAROLINE

5265350

STEPHENSON, PAUL

4919262

STEVENS, BEATRIZ

5087960

STEWART, AMY MARTHE

2113256

STEWART, DREW EVERETT

4848420

STIEBER, ERIN ELIZABETH

4612925

STIETZ, KIMBERLY CAROL

5291315

STRAZZA, ALBERT THOMAS

4055265

STRICKLAND, DAVID JOSEPH

1288539

SUDANO, RICHARD DONALD

2681666

SUN, MENGJIAO

5139753

SUNG, KIBUM

5703657

SWAMINATHAN, DIPA

4351813

SWISHER, BENJAMIN J.

5627435

TAKACS, ELIZABETH KISIEL

2942621

TAN, PANG LEONG NICHOLAS

5275334

TAN, VENANTIUS

2823433

TANG, ZHENG

4946398

TAUBKIN, PETER MICHAEL

2420156

TEN BROECK, DAVID ANDREW

5069273

TERRAZZER, LUCIA

4332219

THAVARAJAH, ARUN KUMARABHARATHY

4962270

THOM, SUSAN LOUISE

4161873

THOMAS, EVAN

5435433

THOMAS, KIMBERLY ANN MARGARET

4039731

THOMPSON, JAMES LAWRENCE

2917557

TIAN, JIAYUE

5629761

TIDHAR, NEAL

4415188

TINNING, MATTHEW REID

4587895

TOBIAS, ERIC LERNER

2870541

TOHME, MARC F.

5364450

TONG, RONNY KA WAH

2216737

TONTHAT, GIANG TRUONG

5327499

TOWNE, CARLY M

5698030

TRAN, CELINE

5008099

TRAN, TUNG NAM

5740527

TRONCOSO, MARGIE

5407838

TRUCILLO, MICHAEL L.

4165585

TUCHBAND, SEYMOUR I.

2302867

TURNER, REBECCA DENYS

4386843

TUTTLE, RICHARD GRAHAM

2811883

TY, FELIPE FELEO JR

2166163

ULIANO, KELLY HAMILTON

4630505

UMUKORO, MEGHAN CLARK

4355780

VALENTI, DANIEL ANDREW

2179281

VALENTINE, MARK TOWNSEND

2839090

VALKOVA-VASILEVA, DIANA MINEVA

4229365

VAN VOORHIS, JENNIFER MICHELLE

4601514

VARDILLI, MICHAEL S.

2772325

VASSEFI, TARA

5698659

VAUGEOIS, MANON MARIE MARTINE

5730304

VAUPEL, CHRISTOPH F.

2708055

VEST, LINDSAY LOUDON

5062922

VIAUD, CLEMENCE SOPHIE

5325626

VICTOR, DANIEL JONATHAN

2575033

VIEITEZ, MARIE-AGNES

2778876

VISCOVICH, DAVID MICHAEL

2894798

WADLER, ADAM DAVID

3977501

WAID, VICTOR L.

1934553

WAKURI, NOZOMU

5687876

WALDERDORFF, CARL

5177530

WALLACE, CHARLES LAWRENCE JR

2917433

WALSH, EDWARD

2383784

WALTERS, KATHLEEN ELIZABETH

5233481

WANG, FANG

5256672

WANG, HONG

4333225

WANG, JAW-PERNG

2777779

WANG, JINGWEN

5629027

WANG, JINYANG

5727045

WANG, LAN

5037072

WANG, LINGQI

5307939

WANG, NAN

5280292

WANG, QI

5694542

WANG, TING

5119326

WANG, WEI

5635198

WANG, YANBIN

5732086

WANG, YIXUAN

5617667

WANG, YUE

5642830

WANG, YUE

5538822

WARD, TAYLOR DUDLEY

2267565

WAYNE, ROBERT ANDREW

1810787

WEI, YIMING

5631627

WEIL, NATHALIE

4666434

WEINSTEIN, CLAUDE

2826386

WEISSTUB, JONATHAN IRVING

4104451

WELCH, JOHN FRANCIS

1407121

WELLBORN, ELIZABETH [*12]REDCHUK

5069869

WHEELER, PETER JOSEPH

2272573

WHITEHEAD, ALLISON JEAN

4755948

WHITLOCK, MATTHEW BRIAN

5624705

WICHTER, LISA ROBIN

4391710

WILLIAMS, GEOFF

5629316

WILLIAMS, JAHMILA DAWN

5031893

WILLIAMS, JAMIE JOLENE

4711057

WILSON, BENJAMIN WESLEY

5637541

WILTSIE, GEORGE RANDOLPH

1869445

WINCKLER, CHARLOTTE ALESSANDRA

4641692

WOLF, CHAD EVAN

5239959

WOOD, ETHAN CHARLES

4748513

WRIGHT, SAMUEL S

5439534

WU, CHARLIE C.

5405378

WU, CHIA HSUAN ALLISA

5289400

WU, RUBY

5319686

WU, ZHENYU

5174933

WURAH, AMANDA

5619457

XIAOHUI, LI

4218863

XIE, SHIPO

5732532

XIE, YIFEI

5467410

XIN, YUN

4584686

XU, BAIDU

5679329

XU, DONGLIN

5462395

XU, JIEHUAN

4611018

XU, SICHAO

4845889

XU, ZHANGJUN

4632352

XU, ZHIHAN

4711362

YABLIN, ARNOLD

1947183

YAGAMI, KIYOKO

4083614

YAMAGO, TAKUYA

5725189

YAMAMOTO, YOSHIHISA

2651875

YANG, EUNYONG

4347100

YANG, JAE HYUK

5030085

YANG, JUAN

5182043

YANG, JUN

4742284

YANG, LIU

5253380

YANG, TAO

5174321

YANG, XINXIN

4531349

YANG, ZIHAN

5601331

YANG, ZIYI

5393376

YASHAR, EMMA ROTHFELD

4637542

YI, HAEMI

5730734

YONG, MICHAEL FRANCIS

4028411

YOO, JAE WOOK

4487039

YOO, MIN SOO

4420303

YOON, HOKEUN

5604079

YOON, SUNGJOO

4018255

YOUNG, TUN-KAI

4492195

YU, CHIEN-YEN

5730460

YU, JINJIE

5639919

YU, QIAOHUA

5642004

YU, XINGANG

4451423

YULES, ROBERT BROWN

2513216

YUN, SIN SUNG

4665295

YURUS, MATTHEW CHARLES

5403597

ZADIC, ALMA

5062039

ZAHILAY, GIRMAY HADISH

5321096

ZAMPINO, THOMAS PAUL

1860816

ZANG, XIAORU

5627047

ZENG, YE

5685797

ZHAN, ZIMING

5732011

ZHANG, CAO

5738547

ZHANG, JIALING

5631700

ZHANG, JINAN

4345450

ZHANG, WENDA

5740832

ZHANG, XIAN

4752945

ZHANG, YI

5467360

ZHANG, YI

5367313

ZHANG, YING

4474573

ZHANG, YING

4573291

ZHANG, YUNWEN

5723978

ZHAO, HEXUAN

5067707

ZHENG, DONGQING

5286596

ZHENG, FENG

5357058

ZHONG, SIMIN

4925640

ZHOU, HUITING

5573688

ZHOU, YUE

4527933

ZHU, LULU

5039144

ZHU, SHANGSHANG

5284476

ZHU, XIRUO

4902581

ZHU, YUJING

5510144

ZIMMERMAN, LAWRENCE A.

1070473

ZOU, CHAO

4944062

ZUEHLKE, SUSANNE

2996247

ZUSSMAN, SAMUEL

2916526

Footnotes

Footnote 1: We note that, effective December 1, 2023, the Rules of the Chief Administrator of the Courts were amended to require every attorney admitted to practice in New York, whether a resident or nonresident, active or retired, or actively practicing law in New York or anywhere to file their biennial registration electronically through an online program implemented by the Chief Administrator (see Rules of Chief Admr of Cts § 118.1 [c], [d]). As a consequence of this rule amendment, all attorneys are required to establish an Online Services account in order to access the electronic registration system.

Footnote 2: We further observe that, over and above the biennial registration requirement, every New York attorney also has an affirmative duty to keep OCA apprised of his or her up-to-date contact information (see Rules of Chief Admr of Cts [22 NYCRR] § 118.1 [f]).